

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00317-CR

JASON BOOKER, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 137th District Court
Lubbock County, Texas
Trial Court No. 2014-403,307, Honorable John J. "Trey" McClendon III, Presiding

October 2, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Jason Booker, filed notice of appeal from his conviction for the first degree felony offense of aggravated sexual assault of a child,[1] for which he received a ten year sentence. Sentence was imposed on July 16, 2015, and appellant filed a motion for new trial on July 28, 2015. The clerk's record reflects that on September 1, 2015, and within its period of plenary power, the trial court granted appellant's motion

---

[1] See TEX. PENAL CODE ANN. § 22.021(a)(2)(B) (West 2014).

for new trial. *See* TEX. R. APP. P. 21.8(a) (granting trial court power after imposing sentence to rule on a motion for new trial).

When the trial court grants a motion for new trial, it restores the case to its position before the former trial. TEX. R. APP. P. 21.9(b). Without a conviction from which to appeal, we have no jurisdiction to consider appellant's appeal. *See State v. Bates*, 889 S.W.2d 306, 310 (Tex. Crim. App. 1994); *Waller v. State*, 931 S.W.2d 640, 643-44 (Tex. App.—Dallas 1996, no pet.). Accordingly, this appeal is dismissed for want of jurisdiction.

Per Curiam

Do not publish.